UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE GOOD FOOD INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-CV-1052 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| FOOD AND DRUG ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

Plaintiff Good Food Institute and Defendant United States Food and Drug Administration, by and through their respective counsel, hereby settle and compromise the above-captioned case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, on the following terms:

1. Plaintiff agrees to dismiss this case with prejudice.

2. Defendant shall pay Plaintiff a lump sum of six thousand five hundred dollars and zero cents ($6,500.00) in full satisfaction of any and all claims by Plaintiff for attorneys' fees, expenses and costs in connection with this case.

3. Defendant will make payment of said attorneys' fees, expenses and costs through an electronic transfer of funds to a bank account specified by Plaintiff.  Plaintiff is required to provide the necessary information to process this payment.  Upon filing the Stipulation, Defendant shall, within 30 days of receiving from Plaintiff the necessary information to process this payment, effectuate this payment to Plaintiff.

4. Defendant shall make a discretionary release of certain information it previously redacted pursuant to FOIA Exemption 5 in the four specific memoranda Plaintiff requested (i.e.,

FDA00023-27, FDA00033-34, FDA00068-00077, and FDA00085-00091).  Defendant shall, within 21 days of the filing of the Stipulation, produce to Plaintiff the partially unredacted documents described herein.

5. This Stipulation shall constitute full and final satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been asserted—or could have been asserted—by the parties in this action.  In particular, this Stipulation shall include all claims for attorneys' fees and costs, as well as search, review, and processing fees incurred by either party in connection with the administrative FOIA process, the federal court litigation process, and any other proceedings involving the claims raised in this action.

6. This Stipulation shall constitute full and final satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this action, and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA requests in this case.

7. This Stipulation does not constitute an admission of liability or fault on the part of the Defendant, the United States, or either of its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

8. This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

9. The parties agree that this Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant, the United States, or any agency or instrumentality of the United States, except as necessary to enforce the terms of the settlement described herein.

10. Execution of this Stipulation by the parties constitutes a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), effective upon filing with the Court.

11. This Stipulation may be executed in counterparts as if executed by both parties on the same document. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

|  |  |
|---|---|
| By: /s/ Nigel A. Barrella<br>Nigel A. Barrella<br>D.C. Bar # 1005592<br>Law Office of Nigel A. Barrella<br>1001 Pennsylvania Ave. NW, Ste 1300N<br>Washington, DC 20004<br>Telephone: (202) 768-7510<br>Email: nigel@barrellalaw.com<br><br>*Counsel for Plaintiff*<br><br>Dated: October 18, 2017 | JESSIE K. LIU, D.C. Bar # 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>By: /s/ Marsha W. Yee<br>MARSHA W. YEE<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2539<br>Email: Marsha.Yee@usdoj.gov<br><br>*Counsel for Defendant*<br><br>Dated: October 18, 2017 |